UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SARAH ANN STITES, | ) | Case No. EDCV 13-02360-VAP (PJWx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| LEANN STITES, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 18, 2014

VIRGINIA A. PHILLIPS
United States District Judge